## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

UNITED STATES OF AMERICA

v.

KARLA S. GARCIA,

Defendant.

Case No. 1:26-mj-320

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew B. Shaw, being duly sworn, depose and state:

1. I am a Special Agent with the U.S. Army Criminal Investigation Division, Fort Belvoir, VA and have been employed in that position since July 2019. Prior to my current employment, I was employed with the United States Army where I was a Commission Military Officer. I am currently assigned to the DACID Fort Belvoir Resident Agency, Washington, D.C. Field Office, where I investigate crimes involving assault and sexual exploitation of children. I have gained experience through everyday work-related activity conducting these types of investigations. I am a graduate of the Federal Law Enforcement Training Center accredited Army Criminal Investigation Division Special Agent Course, the DACID Special Agent Training Program, and I earned a Baccalaureate of Science Degree in Criminal Justice with a concentration in Investigative Services from the Henry C. Lee College of Criminal Justice and Forensic Sciences at the University of New Haven, CT in 2008. I hold several certifications for training which focus on investigative techniques pertaining to assault, sexually based crimes, and child victims. I

have interviewed dozens of Victims of assault and sexual abuse. I have conducted numerous investigations relating to administrative and criminal violations on the territory of U.S. Army bases or where there is an Army interest and nexus. My duties as a U.S. Army Special Agent include the investigation of violations of the Uniform Code of Military Justice, as well as violations of the United States Code and Virginia State Code.

2.      This affidavit is submitted in support of a criminal complaint and an arrest warrant for Karla Stephanie Garcia (hereinafter referred to as "GARCIA"), in connection with simple assault, in violation of 18 U.S.C. §113(a)(5), and indecent exposure, in violation of 18 U.S.C. §13, assimilating Virginia Code §18.2-387. The conduct described herein occurred at the Jackson M. Abbott Wetland Refuge, located on Fort Belvoir, Virginia, and therefore within the special maritime and territorial jurisdiction of the United States and within the Eastern District of Virginia.

3.      The statements in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation. This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the government of the United States.

**SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE**

4.      On or about August 11, 2026, at approximately 2:13 p.m., the Fort Belvoir CID office was notified by Patrol Supervisor Dana M. Lewis, Directorate of Emergency Services ("DES"), Fort Belvoir, Virginia, that GARCIA had exposed her breasts and grabbed a 14-year-old-child, hereinafter referred to as "MV-1" ("minor victim 1"), while at the Jason M. Abbott Wetland Refuge, 5000 Pole Road, Alexandria, VA, 22309. The

Jackson M. Abbott Wetland Refuge is located on Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States and within the Eastern District of Virginia. The refuge is open to the public and accessible by anyone.

5. At approximately 4:30 p.m. that same day, I interviewed MV-1. MV-1 stated that he had been fishing at various locations around a pond within the Jackson M. Abbott Wetland Refuge when he observed GARCIA walking in the area while exposing her breasts to him.

6. MV-1 stated that GARCIA walked past him approximately a dozen times over the course of approximately one hour while exposing her breasts to him. MV-1 stated that GARCIA exposed herself by pulling her shirt down or to the side. MV-1 stated that GARCIA made eye contact with him while doing so. MV-1 described seeing GARCIA'S "full breast and nipples" and stated that he could "see everything." MV-1 further described GARCIA as grabbing her breasts while looking at him.

7. MV-1 further stated that when GARCIA exposed herself from the side of her shirt, she pulled the side of her top toward the center of her body and exposed one breast at a time. MV-1 stated that GARCIA repeatedly walked back and forth along the trail, exposing her breasts from either the top or side of her shirt purposely. MV-1 stated that at one point during the incident, he used his cellular phone to take a photograph of GARCIA from behind. MV-1 subsequently provided the photograph to law enforcement.



8.      MV-1 stated that he subsequently moved to a bench, where he sat and used his cellular phone. MV-1 stated that GARCIA continued to walk past him multiple times while exposing herself. GARCIA then approached MV-1 coming from his left side and grabbed his left arm at the bicep with her right hand. MV-1 described GARCIA as squeezing his arm with approximately a seven out of ten level of force. MV-1 stated that GARCIA was about arm's length away from him and she made no statements or remarks to him when she grabbed him.

9.      MV-1 stated that he stood up immediately and punched GARCIA in the left jaw with his right hand to free himself from her tight grip on his bicep. MV-1 stated that his adrenaline was high and that he felt he needed to punch GARCIA to break free from her grip. MV-1 then ran out of the refuge toward the parking lot.

10.     During the incident, other members of the public were present at the Jackson M. Abbott Wetland Refuge. Another juvenile was present at the park and MV-1 sought that juveniles assistance in leaving the park on his scooter but was unsuccessful. A family consisting of a mother, father, and son was also fishing at the pond during the incident. The family interacted with MV-1 following the physical encounter with GARCIA and ultimately transported MV-1 home to his parents and contacted 911.

11.     DES located an individual that matched the description MV-1 provided of GARCIA and who was attempting to depart the park in a black Honda Fit when DES arrived on scene. Patrol Supervisor Lewis detained the individual, who was later identified as GARCIA by her Virginia Driver's License identifying her with a date of birth in 1981. GARCIA was subsequently escorted to the Fort Belvoir CID Office.

12.     The vehicle GARCIA was driving was registered to GARCIA. Officers observed condoms and lubricants in the car.

13.     At approximately 5:30 p.m. that same day, Special Agent Kimberly Perez, DACID Washington Field Office, advised GARCIA of her legal rights. GARCIA waived her rights and admitted that she exposed her breast while at the Jackson M. Abbott Wetland Refuge, stating that she did so in an effort to keep cool. GARCIA denied having any verbal or physical interaction with MV-1.

## CONCLUSION

14.     Based on the foregoing, I submit that there is probable cause to believe that on or about August 11, 2026, in the special and territorial jurisdiction of the United States in Fort Belvoir, in the Eastern District of Virginia, Karla GARCIA assaulted MV-1 in violation of 18 U.S.C. §113(a)(5), and indecent exposure, in violation of 18 U.S.C. §13, assimilating Virginia Code §18.2-387.

Respectfully submitted,

Matthew B. Shaw
U.S. Criminal Investigation
Command
Fort Belvoir Resident Agency
Washington D.C. Field Office

Respectfully submitted and attested to in
accordance with the requirements of Fed. R.
Crim. P. 4.1 by telephone on August 12, 2026.

The Honorable William E. Fitzpatrick
United States Magistrate Judge
Alexandria, Virginia